**COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, Appellee**

v.

**Ernest DENOFA, Appellant.**

Supreme Court of Pennsylvania.

Aug. 17, 2009.

*ORDER*

PER CURIAM.

**AND NOW**, this 17th day of August, 2009, the order of the Commonwealth Court is hereby **AFFIRMED**.

**Dwayne HILL, Appellant**

v.

**COMMONWEALTH OF PENNSYLVANIA; Governor Edward G. Rendell; Attorney General Tom Corbett; Senate President Pro Tempore Joseph B. Scarnati III; Senate Majority Leader Dominic Pileggi; Senate Minority Leader Robert J. Mellow: House Speaker Dennis O'Brien; House Majority Leader H. William Deweese; House Minority Leader Samuel L. Smith et al., Appellees.**

Supreme Court of Pennsylvania.

Aug. 18, 2009.

*ORDER*

PER CURIAM.

AND NOW, this 18th day of August, 2009, the Order of the Commonwealth Court is AFFIRMED.